IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

GE COMMERCIAL DISTRIBUTION
FINANCE CORP.,

    Plaintiff,

v.                      CIVIL ACTION NO. 1:09-0581

MARLIN DOUGLAS, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

    Pending before the court is plaintiff's motion to amend the complaint and to join additional parties.  The current defendants do not object to plaintiff's motion nor do the proposed additional defendant and plaintiff.  For good cause shown and to facilitate the settlement of this action, plaintiff's motion is **GRANTED** and the Clerk is directed to file the amended complaint (attached to the motion to amend).

    The Clerk is further directed to send copies of this Memorandum Opinion and Order to all counsel of record.

    **IT IS SO ORDERED** this 3rd day of December, 2009.

ENTER:

_David A. Faber_
David A. Faber
Senior United States District Judge